UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GODDARD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:09CV1546 HEA |
| ALAN BLAKE, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Matthew J. King, John R. Van Orden, Kenneth Risner, Chance Tyree, Jess Heikes, Michael Ashlaw, Ricky Jones, Anthony Amonette, Samuel Whited, and Richard Giese are **DISMISSED**, without prejudice, as party-plaintiffs because they did not pay the filing fee or file motions to proceed in forma pauperis.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 14th day of October, 2009.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE